UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RUDY VEGA,

         Plaintiff,

  vs.

ARNOLD SCHWARZENEGGER, et. al.,

         Defendant.

                                          /

No. C 13-0504 PJH (PR)

**ORDER DISMISSING CASE**

Plaintiff, a state prisoner has filed a pro se civil rights complaint under 42 U.S.C. § 1983.  Plaintiff's complaint was dismissed with leave to amend as it was confusing, rambling and at times incomprehensible.  Plaintiff now requests that this action be dismissed.  Docket No. 11.  No defendant has been served.  Plaintiff's request is **GRANTED** and this case is dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: June 17, 2013.

                                         PHYLLIS J. HAMILTON
                                         United States District Judge

G:\PRO-SE\PJH\CR.13\Vega0504.dsm.wpd